UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LLEWELLYN S. GEORGE,<br><br>                       Plaintiff,<br><br>      -against-<br><br>CITY OF WHITE PLAINS; N.Y. CITY COURT OF WHITE PLAINS, N.Y.; JOANN FRIIA,<br><br>                       Defendants. | 21-CV-10457 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued July 18, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 18, 2022
            New York, New York

                                                  /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                            Chief United States District Judge